# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-639 JVS (JDEx) | Date | June 7, 2018 |
| Title | Security National Insurance Company v. M E.S. Construction Engineering, Inc. | | |

Present: The Honorable **James V. Selna**

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** <u>Order to Show Cause re Jurisdiction</u>

The Court has made a preliminary review of the jurisdictional allegations in the:

    X    Complaint, filed April 18, 2018

Notice of Removal ("Notice") filed by Security National Insurance Company ("Security National").

The initial pleading invoked jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Complaint, ¶ 1 .) Jurisdiction on this basis requires complete diversity.

The Court is unable to determine jurisdiction for the following reasons.

    1. For diversity purposes, a corporation is a citizen of both its place of incorporation and its principal place of business. 28 U.S.C. § 1332(c). The Complaint fails to allege the principal place of business for:

    Security National
    M E.S. Construction Engineering, Inc.

    2. A limited partnership takes on the citizenship of all of its members. <u>Carden</u> v. <u>Arkoma</u> <u>Associates</u>, 494 U.S. 185, 195-97 (1990). The limited partners in Casa Apartments LP are not identified nor is their citizenship.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 18-639 JVS (JDEx)   Date  June 7, 2018

Title   Security National Insurance Company v. M E.S. Construction Engineering, Inc.

    Security National is ordered to file an amended initial pleading within 15 days curing these jurisdictional defects.

**A failure to respond may result in dismissal for lack of jurisdiction.**

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | kjt |